IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| QUANTERIO PELTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:12-CV-221-TMH |
| | ) |
| LEE BARNS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Magistrate Judge entered a Recommendation (Doc. #4) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted.  Accordingly, it is

ORDERED that

1. The Recommendation (Doc. #4) of the Magistrate Judge is ADOPTED;

2. Plaintiff's claim challenging the constitutionality of his bail/bond amount is DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

3. Plaintiff's false imprisonment claim is DISMISSED without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii); and

4. This case is DISMISSED prior to service of process.

A separate judgment shall issue.

Done this 16th day of April, 2012.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE